In the Matter of the Estate of EDMUND HAYES, Deceased.

A. GLENNI BARTHOLOMEW et al., as Surviving Executors of EDMUND HAYES, Deceased, Appellants; THE STATE TAX COMMISSION OF THE STATE OF NEW YORK, Respondent.

(Submitted January 23, 1934; decided February 27, 1934.)

*Christopher Baldy* and *H. Kenneth Haller* for appellants. *Charles F. Boine* for respondent.

Order affirmed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not voting: KELLOGG, J.